**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s): ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEN KOPPEL, an individual,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>WALMART, INC., dba WALMART SUPERCENTER, a Foreign Corporation; DOES I-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>　　　Defendants. | Case No. 2:25-cv-01319 -JAD-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 7 |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff ALLEN KOPPEL, an individual, by and through his counsel, MORGAN & MORGAN and Defendant WALMART, INC., by and through its counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

Dated this 3rd day of ~~October, 2025~~. March, 2026.

Dated this ___ day of October, 2025.

**TYSON & MENDES LLP**

**MORGAN & MORGAN**

/s/ *Griffith H. Hayes*
GRIFFITH H. HAYES
Nevada Bar No. 7374
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant Walmart, Inc.*

/s/ _____
GREGORY A. KRAEMER
Nevada Bar No. 10911
6725 Via Austi Parkway, Suite 275
Las Vegas, NV 89119
*Attorneys for Plaintiff*

1

**ORDER**

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

March 4, 2026